P2217 (2653)

JUL 31 2002

Memorandum

To: Park Ranger, David Atkins, Natchez Trace Parkway

Through: Superintendent, Natchez Trace Parkway

Through: Regional Director, Southeast Region

From: Acting Associate Director, Administration   C. Bruce Sheaffer

Subject: Decision of the Medical Review Board

On February 21, 2002, Dr. Haviva Goldhagen signed the National Park Service Medical Review Form notifying you that the final results of your medical testing had been reviewed. It was found that you have significant medical findings pertaining to your medical condition of diabetes and poor vision. This document indicated that you were not medically qualified to perform the duties of a Park Ranger Law Enforcement (LE). You appealed this decision to the Medical Standards Program Manager (MSPM).

On May 29, 2002, the MSPM issued an initial agency denial of a waiver. You were provided information on preparing an appeal to the Medical Review Board (MRB) to present information relative to your successful, safe performance of the essential duties of your position despite your medical condition.

In order to render a decision, the Board considered written documentation; the specific job requirements and environmental conditions of your position at the time of the medical review, as well as your performance capabilities in that position; documentation submitted by you, your supervisor, and others on your behalf; and the Board's knowledge of the duties of a Park Ranger (LE).

The MRB made a determination of a waiver of your medical condition based on the unique characteristics of your case. These characteristics included:

000301

1. Your diabetic condition, as described by your physician, is becoming well controlled and you are in average physical condition.
2. Your diabetic condition has been monitored for several years, and you have maintained a close working association with your endocrinologist to monitor your condition.
3. You maintain consistent blood glucose logs and are diligent in monitoring your blood sugar levels.
4. You demonstrated a good knowledge of your medical condition, including physical and dietary issues
5. You are on an insulin pump (a device that, in general, decreases the risk of hypoglycemic episodes).
6. You have demonstrated an extensive work history and continued performance of arduous and hazardous duties in adverse working environments and conditions.
7. Your vision is correctable to 20/20 with eyeglasses, and you are attempting to switch to soft contact lenses.

The Board has determined that it appears your unique medical characteristics allow you to perform the full range of essential law enforcement duties specific to your position despite your diabetic condition and vision deficit. The Board has recommended a waiver of the medical standards pertaining to diabetes and vision with the following reasonable accommodations:

1. You must provide documentation to the MSPM that your diabetic condition is continuing to be controlled on the insulin pump. This documentation will consist of quarterly testing results from your endocrinologist.

2. You must increase the frequency of your blood testing while on duty until your condition evidences stabilization. Quarterly logs should be provided to the MSPM.

3. You must wear some type of medical alert identifying information.

4. You must continue HA1C testing at intervals recommended by your personal physician.

5. You must carry a backup system to your insulin pump of either (a) an additional pump or (b) insulin and a delivery set up. The choice of backup is up to you.

6. You must participate in a regular exercise program approved by your supervisor and physician. Documentation on your exercise program progress must be provided to your supervisor quarterly.

7. Due to the remote nature of wildland fires, you are not to participate in out of park, arduous duty wildland fire assignments for the next year. Upon your medical review in 2003, the Interagency Wildland Medical Program Manager will reconsider this limitation dependent on the control of your diabetes.

*[handwritten margin note: in park security]*

8. You must continue to attempt to switch over to wearing soft contact lenses to correct your vision. The issue of how you correct your vision will be revisited upon your waiver renewal in 2003. When wearing eyeglasses, the following conditions will apply:

    a. You must always wear your eyeglasses when on duty.

    b. You must carry a spare pair of eyeglasses with you when on duty.

    c. You must always wear your eyeglasses when off duty and carrying your service weapon.

    d. You must wear eyeglasses with flexible frames.

    e. You must wear an eyeglass retaining strap.

9. This waiver does not preclude you from applying for another position in the National Park Service. However, should you be selected for another position, that position will also need to be reviewed for a medical waiver.

10. This waiver applies to the medical condition under which it was issued. You will be subject to routine appropriate medical evaluations, per RM-57 guidelines.

Any questions about the conditions of this waiver should be directed to Pat Buccello, Medical Standards Program Manager, Washington Headquarters Office, Ranger Activities Division, (202) 208-4301.

The Board members and I wish to extend best wishes for continued success in future Park Ranger (LE) positions.

bcc: CF2653, RF2653
    Superintendent, Natchez Trace PWY
    Regional Director, SER
    FNP:H.MILLER:Medical Standards Waiver Decision (Atkins)
    BASIC FILE RETAINED IN HUMAN RESOURCES (2653)

000803