

# United States Department of the Interior

NATIONAL PARK SERVICE
1849 C Street, N.W.
Washington, D.C. 20240

IN REPLY REFER TO:

P2217(2653)

Memorandum

To: Park Ranger, David "Andy" Atkins, Natchez Trace Parkway

Through: Superintendent, Natchez Trace Parkway

Through: Regional Director, Southeast Region

From: Acting Chief, Health and Fitness Division

Subject: Renewal of Medical Standards Waiver Decision

On July 24, 2002, you were notified that the results of your most recent medical testing had been reviewed and it was found that you had significant medical findings pertaining to your medical condition of diabetes and poor vision, related to performing the duties of a Park Ranger Law Enforcement (LE). You appealed this decision and the Medical Review Board granted a waiver of the medical standards pertaining to diabetes and vision with several reasonable accommodations, on July 31, 2002.

On June 30, 2003 you submitted documentation, signed by yourself and your supervisor, that your medical conditions have remained static and stable. This memorandum will serve as a renewal of your waiver, with the reasonable accommodations identified below, until your next required medical examination and review.

This waiver renewal carries the provision that you comply with the following reasonable accommodations:

1. You must continue HA1C testing at intervals recommended by your endocrinologist. As long as these results show consistent improvement, no further periodic exam schedule will be required.
2. You must wear some type of medical alert identifying information.
3. You must carry an insulin pump backup system of either (a) an additional pump or (b) insulin and a delivery set up.
4. You must participate in a regular exercise program approved by your supervisor and physician. Documentation on your exercise program progress must be provided to your supervisor quarterly.

000754

EXHIBIT "6"

5. Due to the remote nature of wildland fires, you are not to participate in out of park arduous duty wildland fire assignments for the next year. You may participate in non-arduous duty Wildland Fire assignments out of your park, including Security and overhead/support assignments. Following your medical review in 2004, we will re-consider this limitation, in consultation with the Interagency Fire Medical Standards Program Manager, dependent on the control of your diabetes.
6. You must continue to attempt to switch over to wearing soft contact lenses to correct your vision. The issue of how you correct your vision will be re-visited upon your waiver renewal in 2004. When wearing eyeglasses, the following conditions will apply:
a. You must wear eyeglasses with flexible frames.
b. You must carry a spare pair of eyeglasses with you when on duty.
c. You must wear an eyeglass retaining strap.
d. You must always wear your eyeglasses when on duty.
7. e. You must always wear your eyeglasses when off duty and carrying your service weapon.
8. This waiver is applicable to the position you now occupy.
9. This waiver does not preclude you from applying for another position in the National Park Service. Should you be selected for another position, that position will need to be reviewed for a waiver.
10. This waiver applies to the medical condition under which it was issued. You will be subject to routine appropriate medical evaluations, per RM-57 guidelines.

Since medical conditions may improve, deteriorate or resolve, this waiver renewal pertains only to the time period from date of issue until completion of your next scheduled medical review. If your medical condition should change during the time between reviews, please notify the Health and Fitness Office for guidance. You may apply again for a renewal of this waiver by submitting the medical waiver renewal form. Your request for a renewal should only come after completing your next scheduled medical review and when you are in receipt of its final results. I want to extend best wishes for continued success in future Park Ranger (LE) positions and thank you for your compliance with the Medical Standards Program (RM-57).

Bcc: 2653CF, 2653RF,
Superintendent, NATR Regional Director, SER
FNP:H.MILLER:sn:6/30/2003Renewal of Medical Standards Waiver Decision
BASIC FILE RETAINED IN HUMAN RESOURCES(2653)

000755

06/30/2003

Memorandum

To:        Medical Standards Program Manager, Karen Newton

From:      Park Ranger, David A. Atkins
           Natchez Trace Parkway

Subject:   Waiver Renewal

I recently received a Medical Review Form dated 2002 signed by Dr. Goldhagen.
Dr. Goldhagen states that I do not meet the National Park Service Medical Standards qualifying me to perform the essential functions of my job due to Diabetes & Vision. This issue was raised on my initial medical review which was signed on June 2000 while employed at Natchez Trace Parkway. I appealed the medical standards and was issued a waiver enabling me to continue my duties as a Law Enforcement Park Ranger on 06/12/2002.

Since the initial review, my condition has remained static and stable. I have continued to perform the full range of my duties as a Law Enforcement Park Ranger without undue risk to myself or others. I am requesting a renewal of my waiver for Diabetes & Vision.

I agree to notify the Medical Standards Program Office if I change job positions or if my medical condition changes.

I have attached a copy of the waiver issued by the Medical Standards Program Office and the Medical Review Form issued by Dr. Goldhagen.

_____        06/30/2003
Park Ranger [Signature]                 [Date]


Chief Ranger Verification:
I concur with the above statements of David A. Atkins, Law Enforcement Park Ranger that he can perform his job safely and efficiently within the dictates of their medical waiver.

_____        06/30/2003
Chief Park Ranger [Signature]           [Date]
(Acting)

000756

MEMO

From: David A. Atkins, Park Ranger
 Kim Korthuis, Tupelo District Ranger

To: Karen Newton

Date: June 12, 2003

Subject: Medical Waiver

Karen, this is to confirm that Ranger David Atkins has maintained the level of medical condition set forth in the waiver issued to him in June 2002.

Ranger Atkins has continued to work with Dr. Sherry Martin with reguards to his diabetic control.

Ranger Atkins has had NO adverse effects or any lost time from work due to either his diabetes or his vision.

David Atkins _____ *(signature)*

Kim Korthuis _____ *(signature)*

000757



**Karen Newton**
06/20/2003 08:39 AM
EDT

To: Andy Atkins/NATR/NPS@NPS
cc: Heather Miller/WASO/NPS@NPS
Subject: Documentation request, Andy Atkins

Andy, your waiver renewal is ready to go. Would you and your supervisor complete the Waiver Renewal request and fax it in?

Waiver Renewal Template.dc

Karen Newton, Acting Chief, Health and Fitness Division
Visitor and Resource Protection, WASO
cell: 808-280-1362
WASO detail phone: 202-513-7127
fax: 202-371-5148

----- Forwarded by Karen Newton/HALE/NPS on 06/20/2003 08:37 AM -----

*For Waiver turned in am At C*



**Karen Newton**
06/12/2003 03:56 AM
HST

To: Andy Atkins/NATR/NPS
cc:
Subject: Documentation request, Andy Atkins

Andy, I'm drafting your Waiver Renewal for vision and diabetes.

Would you fax me documentation, signed by yourself and your supervisor, that your medical conditions have remained static and stable.

Call if you have questions.

Karen Newton, Acting Chief, Health and Fitness Division

cell: 808-280-1362
WASO detail phone: 202-513-7127
fax: 202-371-5148