## Page 1

NATIONAL PARK SERVICE

---+
MEDICAL STANDARDS BOARD  +
IN RE: DAVID "ANDY" ATKINS, PARK RANGER (LE) +
NATCHEZ TRACE PARKWAY  +
---+

HEARING
APPEAL/WAIVER REVIEW
National Park Service
Washington, D.C.
Monday, April 25, 2005
9:55 A.M.

Job No.: 1-54387
Pages: 1 - 70
Reported by: Denice Lombard
Certified Shorthand Reporter

## Page 2

Medical Standards Board Hearing held at the offices of:

National Park Service
Health and Fitness Division
1201 Eye Street, N.W.
Washington, D.C. 20005
(202) 513-7098

Before Denice Lombard, Certified Shorthand Reporter and Notary Public for the District of Columbia.

## Page 3

APPEARANCES
WITNESSES TO THE BOARD
David "Andy" Atkins, Park Ranger (LE)
Natchez Trace Parkway

PANEL MEMBERS PRESENT
Voting Board Members:
Pat Buccello, Chief, Division of Health and Fitness, WASO; National Special Agent-in-Charge
David Davies, NPS, WASO Employee Relations Program Manager, WASO and Board Chair.
Dennis Burnett, NPS, WASO Law Enforcement Administrator, Law Enforcement and Emergency Services
Richard Powell, NPS, WASO Chief, Division of Risk Management
Don Coelho, NPS, WASO Chief, Law Enforcement And Emergency Services

**ORIGINAL**

## Page 4

APPEARANCES, continued
PANEL MEMBERS PRESENT
Non-voting Advisors To the Board:
Tammy Keller, Acting Medical Standards Program Manager
Philip Spottswood, Program Manager, Federal Law Enforcement Medical Programs, Office of Personnel Management, Washington, D.C.
Larry Saladino, M.D., Comprehensive Health Services, Vienna, Virginia
Sonya Rowe, Medical Standards Program Analyst, WASO

000853

EXHIBIT "8"

**5**

1  (Introductions were conducted.)
2  PROCEEDINGS
3  MR. DAVIES: This is a meeting of the
4  National Park Service Medical Standards Board hearing
5  the appeal and waiver review of Andy Atkins. I'm
6  David Davies, Chair of the Board, and I am supervisory
7  personnel management specialist and the chief of Labor
8  and Employee Relations for the Park Service. We'll go
9  around the room and introduce ourselves, all the Board
10  members and others.
11  MS. KELLER: Andy, I'm Tammy Keller. We
12  spoke on the phone.
13  MR. ATKINS: Yes.
14  MS. KELLER: I'm the acting Medical Standards
15  program manager.
16  MS. BUCCELLO: I'm Pat Buccello, and I'm also
17  now a voting Board member.
18  MR. POWELL: Dick Powell, Chief of Risk
19  Management and a voting Board member.
20  MR. COELHO: Don Coelho, Chief of Law
21  Enforcement and Security Emergency Services, a voting
22  Board member.

**6**

1  DR. SALADINO: Larry Saladino, Medical Review
2  Officer, physician, non-voting.
3  MR. BURNETT: I'm Dennis Burnett. I'm a Park
4  Service law enforcement administrator, and I'm a
5  voting member.
6  MR. SPOTTSWOOD: Phil Spottswood of OPM,
7  Medical Policy and Programs, non voting.
8  MS. BUCCELLO: And you've already met Sonya
9  in the back.
10  MS. ROWE: Hi.
11  MR. DAVIES: This is your opportunity to
12  present your case as you see fit.
13  MR. ATKINS: Okay. Just tell my story
14  basically like I did last time?
15  MS. BUCCELLO: Well, maybe we should be sure
16  that you understand what the issue is today, Andy.
17  MR. ATKINS: Okay.
18  MS. BUCCELLO: Do you know why you're here
19  today?
20  MR. ATKINS: Basically from the
21  correspondence I've received from your office and the
22  doctor's office regarding my diabetes.

**7**

1  MS. KELLER: Yeah, and the reason, as I
2  explained to the Board prior to your coming in, that
3  we brought you here today was to review the waiver
4  renewal as you requested to see if we could grant you
5  a waiver.
6  And in doing so there are gaps of information
7  missing. And we contacted you over a long period of
8  time to get that information, even prior to my arrival
9  here.
10  And once we started to obtain that
11  information we saw some low blood-sugar readings. I
12  recommended that you be put on restricted or light
13  duty, which you are now.
14  And so we wanted to try to fill in those gaps
15  of information, get a better understanding of where
16  you are on your control of your diabetes at this
17  time --
18  MR. ATKINS: Okay.
19  MS. KELLER: -- and have you again just
20  provide us information and look at your waiver
21  compliance with respect to exercise and how well
22  you've been doing that, your weight control and just

**8**

1  overall control.
2  MR. ATKINS: Sure. Okay.
3  MS. KELLER: So now maybe that gives a
4  foundation to go from.
5  MR. ATKINS: Okay. Well, first of all, I
6  need to apologize for the way I feel right now. I've
7  had bronchitis for four days, so I've been in bed
8  since I got up Friday morning, and I'm not feeling so
9  good. So if I seem to be light-headed or woozy, I've
10  been on medication now since then. But anyway . . .
11  First of all, thank you for letting me come
12  up here and present my case before the Board. I know
13  that I've been up here two years ago basically for the
14  same situation, and obviously I had some shortcomings
15  or didn't understand exactly what was going on, and I
16  just want to clear everything up.
17  For a brief history with my diabetes, I
18  started with the National Park Service in 1984,
19  seasonal park ranger at Chatahoochee River. I
20  graduated Memphis State University, became a full-time
21  park ranger at Chatahoochee River in 1988.
22  In 1987 I was diagnosed with diabetes. That

9

1 was the winter of 1987.
2     1988 I finished my last season with the Park
3 Service and was picked up as a permanent ranger as a
4 diabetic. I worked at Chatahoochee River for several
5 years until I transferred over to Natchez Trace
6 Parkway.
7     I also graduated from FLETC in 1989 with no
8 problems there either. I passed the medical stuff and
9 everything that was there too.
10     I've been at Natchez Trace Parkway now since
11 1992, and I've been doing fine.
12     I started with the insulin pump that I'm
13 currently wearing at this time -- and I've not had any
14 problems with it since -- back when these medical
15 proceedings first started to assist with my control.
16 I've had no problems with the pump at all.
17     With regards to the waiver, there are several
18 things that stipulate in my waiver to allow me to work
19 with the National Park Service and being an
20 insulin-dependent diabetic. The several things are
21 there's several items that I have to carry such as
22 fluids and food; my Medic Alert necklace that I never

10

1 take off; my kit that -- this is the actual kit that I
2 carry 24 hours a day.
3     I call it my purse. It's got everything I
4 need in here. It's got all of my emergency medical
5 stuff, it's got everything that's pertaining to
6 diabetes.
7     With regards to my insulin pump, the system
8 I'm on currently is a Disetronic insulin pump. I'm
9 under the care of Dr. Sherry Martin. I've been under
10 her care ever since I transferred to Tupelo,
11 Mississippi. She has worked with me constantly with
12 my control with my diabetes, and when I go in and see
13 her, we have a discussion every time about the pump,
14 what I need to do, increase, decrease or whatever.
15     I've been trained on how to do everything
16 there is to do with the pump. I can put it on, take
17 it off, bolus my meals when I need to, do my testing,
18 everything that needs to be done.
19     With regards to any types of problems, in the
20 correspondence I received this year, Dr. Martin's
21 letter stated -- also my supervisors' letters have
22 stated -- I've never had any problems. I've never had

11

1 any problems with my diabetes that would have me
2 removed from duty, removed from service, or any time
3 lost. I've never had any situations with my diabetes
4 that would cause me any types of problems on the job.
5     Natchez Trace Parkway is a diverse area to
6 work in, but it is mainly a national parkway, a
7 highway. I do -- 99 percent of my job is road patrol.
8 Anytime that something comes up with my insulin,
9 something comes up with my blood sugars, I can take
10 care of it right there on the side of the road or
11 anywhere. I carry, like I said, fluids and food with
12 me, so anything that might potentially happen, I feel
13 that I'm prepared to take care of it.
14     But as I stated, I've never had any problems,
15 never had my -- be pulled off the job, my supervisor
16 has never had to have me removed from the job for any
17 type of problems.
18     As of right now I'm still a Level 1
19 commission ranger. I'm still doing my firearms
20 instructor position, still doing my armorer's
21 position. I'm red carded, fire fighter, and I've had
22 no problem with doing any of my jobs.

12

1     As far as my exercise log, I brought all the
2 stuff you requested.
3     MS. KELLER: Thank you.
4     MR. ATKINS: I also brought all the
5 information that you requested from the letter: my
6 files from Dr. Martin, my current optometry files from
7 Dr. Mothershed. You requested PEB; I brought that
8 with me, and also a letter once again from my
9 supervisor stating he's had no problem.
10     So as of now, everything I believe that you
11 all requested I've got updated in this folder.
12     As I said, doing my job I don't believe I've
13 caused any problems, caused any danger to myself or
14 the public. Same situation as it was, like I said,
15 three years ago. I have not had any changes since
16 then. I'm under the same doctor's care, wearing the
17 same pump, doing the same regimen as I was then.
18     Like I say there was miscommunication or
19 misunderstanding on my behalf. At that time I was
20 working with Pat, and then I was working with Karen
21 Newton, who I believe she was here for two years. And
22 the miscommunication was that she was telling me to

Page 13

1  continue to do what needed to be done with my doctor
2  and with my park, if there was any problems let us
3  know, not understanding that it still needed to have
4  information mailed in.
5      That's why you haven't received anything from
6  anybody in my park -- my supervisor or my chief or
7  anybody -- because we were under the impression that's
8  the program we were supposed to be doing. But we can
9  amend that and start doing whatever we need to do.
10     But I don't know if that was my fault or
11 what. But once again, I've had no problems in those
12 two and a half, three years. Basically that's it.
13     MS. BUCCELLO: What are you doing for
14 exercise now, Andy?
15     MR. ATKINS: I have a treadmill that I'm
16 using at home in these cold months that we've been
17 having. And also our loop out at our office that we
18 use to do our pack testing on is gridded off and I'm
19 increasing my walking.
20     I got a correspondence from Tammy that she
21 didn't think that my exercise at that time was enough,
22 so I started to increase it. And with Dr. Martin's

Page 14

1  approval, I believe you all were going to try to set
2  up a program or set up something. I'm not sure if you
3  all are going to do that through y'all or through my
4  physical fitness coordinator or what.
5      MR. DAVIES: Are there any other questions?
6      MS. BUCCELLO: Yeah, I have a couple.
7      Andy, I guess, you know, you and I have
8  talked, and I know you feel there might have been some
9  discrepancy when Karen Newton was on Board.
10     Your waiver states that you're not to
11 participate in any arduous duty while at fire
12 assignments. Have you been doing that?
13     MR. ATKINS: The only thing that I'm still on
14 restricted to is out-of-park wildland fires.
15     MS. BUCCELLO: And have you been
16 participating in out-of-park wildland fires?
17     MR. ATKINS: No, I have not.
18     MS. BUCCELLO: Have you been participating in
19 in-park wildland fires?
20     MR. ATKINS: The past two years I have not.
21 We now have a fire crew, and in fact the Law
22 Enforcement Division has not done any fires in our

Page 15

1  park now in quite some time. And Natchez's got about
2  25 fighters now stationed there. But no, I have not.
3      MS. BUCCELLO: Well, I'm looking at the
4  renewal that Karen Newton issued. And it states:
5      "You must participate in a regular exercise
6      program approved by your supervising
7      physician. Documentation on your exercise
8      program progress must be provided to your
9      supervisor quarterly."
10     MR. ATKINS: Right.
11     MS. BUCCELLO: So have you done that?
12 Because you haven't submitted any copies to us.
13     MR. ATKINS: Okay, I have my exercise log.
14 This is what I keep on my treadmill. And I believe I
15 mailed you all copies of the first two months of --
16     MS. BUCCELLO: Yeah, it showed that you
17 walked 30 minutes.
18     MR. ATKINS: Yeah, it was showing that I
19 walked 30 minutes, and you all said that's not enough
20 so continue.
21     The only limitation that I have through my
22 doctor's office is weight lifting. Dr. Martin does

Page 16

1  not like to have her patients do heavy weight lifting
2  due to eye problems, messing up your capillaries.
3      MS. BUCCELLO: So have you submitted that
4  exercise program -- have you done what this and your
5  previous waiver requested, which is participate in a
6  regular exercise program approved by your supervisor
7  and that you've documented and provided that to your
8  supervisor quarterly?
9      MR. ATKINS: Right. Kim Corpus, my
10 supervisor, I physically showed him this book when we
11 had the meeting, and I had it with me. So he --
12     MS. BUCCELLO: When you had what meeting?
13     MR. ATKINS: When we had the conference call
14 with you.
15     MS. BUCCELLO: The very recent meeting that
16 was prompted by us reviewing.
17     MR. ATKINS: Right. Yeah. Like I said, I've
18 been showing him my log.
19     MS. KELLER: But prior to that had you been
20 showing him your log quarterly?
21     MR. ATKINS: I've been doing the program
22 through him and keeping him advised of what's going

Case: 1:10-cv-00040-SA-JAD Doc #: 4-9 Filed: 04/19/10 5 of 20 PageID #: 157
HEARING OF DAVID ANDY ATKINS
CONDUCTED ON MONDAY, APRIL 25, 2005

5 (Pages 17 to 20)

17

1  on, showing him, you know, the information that I was
2  keeping. Like I said, the only limitation we had on
3  that was the weight lifting. But as far as the
4  walking, and we were trying to get some other type of
5  cardiovascular exercises there at the park going too.
6      MS. BUCCELLO: Andy, I am concerned about the
7  exercise program, because when you initially came
8  before the Board in 2002, you didn't really have an
9  exercise program then. And from what we've seen on
10 your log, your exercise program is very minimal. It's
11 30 minutes of walking three times a week.
12     MR. ATKINS: Well, that's why I started
13 increasing it.
14     MS. BUCCELLO: You started increasing it
15 after we told you you were going to have to come back
16 to this Board.
17     MR. ATKINS: Well, like I stated, you know,
18 there's never been a formal or a program set up
19 saying, okay, we need to do this, this and this. So I
20 started doing that on my own at home, like I said with
21 my treadmill I bought.
22     And what I was doing is starting off at that

18

1  time, the 30 minutes, but now instead of doing it
2  time-wise, I'm doing it distance-wise. And I'm trying
3  to get up to around three-mile endurance. Right now
4  that's my goal is to try to get up to three miles.
5      MR. POWELL: What does your physical fitness
6  coordinator do in the park, and what are the standards
7  that you understand that are set for that?
8      MR. ATKINS: Well, the physical fitness
9  coordinator I believe is the deputy chief. I'm not
10 exactly sure. We have three or four people in the
11 park that give the PEB, one of them being a ranger in
12 my district, Jeff Penny.
13     And after our last PEB and our discussion, he
14 gave me a sheet of trying to increase the PEB-selected
15 exercises that we do or selected tests that we do, the
16 agility run, the mile and a half, the stretching and,
17 like, I said the weight lifting, I do that through
18 Dr. Martin.
19     So he has set up, you know, how he would like
20 to see it be increased over a certain amount of time.
21 Right now my supervisor is trying to do a PEB test
22 once every other month. We're only required to do it

19

1  twice a year, but we're trying do it six times a year.
2      MR. POWELL: And this is what the park
3  program suggests.
4      What do other employees in the park do as far
5  as what do they comply with, and who do they follow up
6  with to ensure that the fitness standards are --
7  there's compliance with fitness standards?
8      MR. ATKINS: I believe that would be the
9  chief ranger's office. I'm not sure.
10     MR. POWELL: You're not sure who the fitness
11 coordinator is?
12     MR. ATKINS: Like I said, I believe the
13 deputy chief is the coordinator, but I believe the
14 chief ranger actually signs the paperwork or whatever.
15 I'm not exactly sure how that works.
16     MR. POWELL: And the issue prior is that he
17 was supposed to report quarterly to whom?
18     MS. BUCCELLO: He was supposed to -- in his
19 initial waiver and in his subsequent renewal:
20     "You must participate in a regular exercise
21     program approved by your supervisor and
22     physician. Documentation on your exercise

20

1      program and progress must be provided to
2      your supervisor quarterly."
3      MR. POWELL: Okay.
4      MR. ATKINS: And like I said, part of that
5  went along with extra testings we were doing, because
6  that allows our supervisors to watch us through our
7  improvements increasing or decreasing.
8      MS. BUCCELLO: Andy, do you think your
9  diabetes is in control?
10     MR. ATKINS: I believe my diabetes is under
11 control with the work that I'm doing with Sherry
12 Martin. I know that in my testing that some of my
13 scores are above the normal range. But every time,
14 like I said, I go and have my meter downloaded, we
15 discuss it and she tweaks my computer.
16     She calls me up and says, Okay, move these
17 numbers here and move those numbers there. And she's
18 explained to me that this is going to be an ongoing
19 process for the rest of my life maybe.
20     I know that there's a couple times when the
21 numbers have been high, 300 plus. But if you look at
22 it, immediately they come back down. I know when you

**Page 21**

1  all called up and asked about there was one section of
2  numbers there that were really low. But if you also
3  looked at my exercise log, which we talked about, I
4  had the flu for two weeks. I was in bed. And my
5  numbers stayed below 80. I had the flu. I wasn't
6  eating, and I wasn't retaining much food.
7      DR. SALADINO: What were the symptoms? When
8  you say you had the flu, you mean respiratory?
9  Gastrointestinal?
10     MR. ATKINS: It was fever, throwing up, going
11 to the bathroom constantly.
12     DR. SALADINO: So you had gastrointestinal.
13     MR. ATKINS: Yeah, the full-bore flu. The
14 only thing I didn't really have was the high fever. I
15 had one of those low-grade. It stayed about 100 for
16 about four days.
17     DR. SALADINO: So you had fever, vomiting,
18 diarrhea?
19     MR. ATKINS: That stuff.
20     DR. SALADINO: Pretty gut-wrenching stuff.
21 See, I thought that was unusual, because the stress of
22 that sort of an illness would often increase the blood

**Page 22**

1  sugar, even if you don't eat. Sugar is stored in your
2  liver and breaks down when you're sick or when you're
3  stressed.
4      So I was worried about it looks like three
5  weeks there, late January to mid February, you had
6  almost daily low blood-sugar readings. But you didn't
7  miss any time from work?
8      MR. ATKINS: No, sir. Like I said,
9  documenting on my log from about February the 8th
10 through the whole next week, I was basically down and
11 out, staying at home, staying in bed.
12     DR. SALADINO: So you did miss work.
13     MR. ATKINS: But that's for the flu not for
14 the diabetes.
15     DR. SALADINO: No, I know, but you did miss
16 work? You took some sick leave?
17     MR. ATKINS: Yeah, I took some time off then.
18     DR. SALADINO: Um-hm. How did you feel when
19 you had -- it's a lot of low readings there. How did
20 you feel when you had 30, 39, 47, 42, you know, on
21 your glucose log there?
22     MR. ATKINS: I can -- well, when I start to

**Page 23**

1  get low like that, I can start to feel the twitching
2  and start to feel that my body is not exactly right.
3      And when I go in I'll take a test -- you'll
4  notice some of those tests are done at weird hours
5  too. I would take my meter and do my test. And if I
6  need something, my regimen for sick days -- such as
7  today, I'm drinking straight orange juice, which is
8  sugar and carbs. But if you're not eating right, you
9  need to supplement it some way. When I'm doing that,
10 Dr. Martin's regimen is fruit juices or straight sodas
11 that may be 2 ounces a glass until your sugars can
12 come back up.
13     DR. SALADINO: When is the last time you saw
14 Dr. Martin?
15     MR. ATKINS: I just went to her -- it was
16 last month -- I've got it right here on the records
17 y'all requested. That date was -- January 25th of '05
18 was my last appointment with Dr. Martin.
19     DR. SALADINO: That was the last time you saw
20 her. And she made some adjustments in your insulin.
21 I think she increased the insulin doses?
22     MR. ATKINS: Well, she -- like I said, she

**Page 24**

1  moves the numbers. So if you go on --
2      DR. SALADINO: She moved them up in late
3  January, increased --
4      MR. ATKINS: Well, if you look at January '05
5  compared to July of '04, you can see the way the
6  numbers change.
7      DR. SALADINO: Yeah. So when you saw her in
8  late January, she adjusted your insulin for you to
9  take more.
10     MR. ATKINS: Right.
11     DR. SALADINO: January 25th.
12     MR. ATKINS: And part of that is due to the
13 level of my A1Cs from my last test which was at 9.4.
14 So she adjusts that. We're finding that my
15 mid-morning sugars usually are running a little bit
16 high right now where my late sugars are not. The
17 first test I usually take early in the morning is
18 okay, but then my blood test I take will be more
19 elevated than she likes, so she would change those
20 numbers over.
21     DR. SALADINO: So the last time you saw her
22 was January 25th. That morning, shortly after

### 25

1  midnight, you had a 30, according to your log.
2  January 25th, 2005, 12:49 a.m. you had a 30 shortly
3  after midnight. Then 4:48 a.m., the rest of the day
4  you were over 200. And then within a couple of
5  days -- let's see here, you got the flu February, but
6  January 31st you had a 39 at 8:00 a.m.?
7      MS. BUCCELLO: A 19 on February 12th.
8      MR. ATKINS: Now, some of those numbers, if
9  you notice, some tests are done, and then a few
10 minutes later -- I don't know if some of those logs
11 are done -- I'll take another test. Because if I get
12 a number that's really off -- like that test is done
13 at 5:01 and I waited five minutes and took another
14 test to see if that number was true or there was
15 something going on with --
16     MS. BUCCELLO: Well, it's still 36.
17     MR. ATKINS: Yeah.
18     DR. SALADINO: A lot of low readings.
19 Did you call Dr. Martin while you were sick?
20     MR. ATKINS: Yes. That's what I said, I let
21 them know what was going on. Actually I talked to her
22 nurse Shelley and let her know what was going on.

### 26

1      DR. SALADINO: Did they make some
2  adjustments -- looks like you saw her on the 25th, and
3  it wasn't too much later before you started showing up
4  with a lot of low readings here. I guess --
5      MR. ATKINS: And I called them and let them
6  know because -- I thought I had that with me. I just
7  went and did a download at her office. Like I said, I
8  thought it was just last month.
9      DR. SALADINO: And how do you feel when your
10 blood sugar is 40 or 36? Twitchy?
11     MR. ATKINS: You know, I can feel it in my
12 body if it's starting to get low. That's why I say,
13 if I start to feel something like that, I can do my
14 test right then. But it doesn't cause me any
15 problems.
16     DR. SALADINO: It doesn't cause you a problem
17 if you're 40 or 36?
18     MR. ATKINS: I've never had any -- you
19 know --
20     DR. SALADINO: You tolerate it pretty well.
21     MR. ATKINS: So far. Like I said, I've never
22 had it to where -- diabetics will sometimes get too

### 27

1  low and they'll start to show signs of almost like
2  being intoxicated where they'll start to act like
3  they've been drinking or whatever, and do all the
4  classic symptoms of that. And I've never had any
5  problems like that.
6      DR. SALADINO: But you don't feel too bad
7  when you get those low readings.
8      MR. ATKINS: No.
9      DR. SALADINO: Well, what does she want you
10 to do when you have a 35 or 40? What does Dr. Martin
11 want you to do?
12     MR. ATKINS: Well, like I said, go ahead and
13 either drink some fluids or something that will get
14 the sugars up quickly, or if I'm at home or something
15 instead of at work or whatever, I may eat a couple
16 peanut-butter crackers, and that will usually do okay.
17     But like I said, I've never had a situation
18 where I've needed to immediately slam on the car. And
19 like I said, I carry in my kit -- I carry my
20 emergency -- whatever you call it -- glucose tablets.
21 They've still got the original seal on them. I don't
22 even know how old they are. I've never had to use

### 28

1  them.
2      DR. SALADINO: Never used one.
3      MR. ATKINS: Never used them.
4      DR. SALADINO: What else have you got in
5  there that's got sugar?
6      MR. ATKINS: Well, I mean, like I said, I
7  carry my granola bars. And the one thing I carry is
8  my emergency gluco-gun injector. And I've had --
9      DR. SALADINO: Never used that?
10     MR. ATKINS: Never used it. The only think I
11 ever do with this is once they expire, I give it to my
12 wife and say, "Here, practice, but don't stick me."
13 So she's the one who's going to have to give it to me,
14 but I've never used it.
15     DR. SALADINO: So did you take sick leave
16 when you had the nausea -- when you had the fever, the
17 vomiting, the diarrhea?
18     MR. ATKINS: Yeah.
19     DR. SALADINO: How much sick leave did you
20 take between February 8th and February 18th? Did you
21 miss the whole time or --
22     MR. ATKINS: No, no, no. I think I was out

### Page 29

1  of work maybe three or four days. I don't recall.
2      DR. SALADINO: So a lot of those days you
3  worked with 40s, 34s, 49, but you didn't feel like --
4  you didn't feel like you could eat, but you didn't
5  feel that bad from the readings.
6      MR. ATKINS: Well, and also, like I said,
7  with my numbers and everything, and when I'm sick I
8  eat real light anyway. But I didn't have any
9  problems.
10      DR. SALADINO: Now this week you have
11  bronchitis?
12      MR. ATKINS: Yeah, I developed it Friday. In
13  fact, I went to the doctor Saturday morning and said I
14  was coming up here and I needed something, so -- my
15  physician.
16      DR. SALADINO: How did your sugars look over
17  the weekend?
18      MR. ATKINS: They're doing fine. They're
19  probably a little bit on the low side also because I'm
20  not eating as much. Like I said, with Sherry's last
21  programs for my computer, it's basically for my diet.
22  But I've been off a little bit on my food. That's

### Page 30

1  why, like I say, I'm drinking regular juice this
2  morning instead of a sugar-free beverage to make sure
3  my sugars don't get too low.
4      DR. SALADINO: You were diagnosed with the
5  diabetes in '87.
6      MR. ATKINS: Um-hm.
7      DR. SALADINO: You started the pump in 2001.
8      MR. ATKINS: Um-hm.
9      DR. SALADINO: When did you start insulin?
10  Right away? 1987?
11      MR. ATKINS: No, I was on -- oh, gosh, I
12  can't remember the name of the oral pill. Anyway.
13      DR. SALADINO: Oral pill?
14      MR. ATKINS: Yeah, it was an oral medication.
15      DR. SALADINO: Until when?
16      MR. ATKINS: Until about maybe six months,
17  approximately. I don't recall.
18      DR. SALADINO: And that didn't work, so you
19  had to go on insulin.
20      MR. ATKINS: Well, what happened was, is my
21  pancreas continued to make the insulin, but it just --
22  I mean, quickly my body stopped using it. So the oral

### Page 31

1  medication worked like half, 50/50, but my blood
2  sugars were still way out of whack then.
3      DR. SALADINO: Do you know what the
4  hemoglobin A1C is? Do you know what that blood test
5  means?
6      MR. ATKINS: It's basically, the way I
7  understand it, a three-month average of my hemoglobin
8  that's in my blood.
9      DR. SALADINO: Glucose that's in your blood?
10      MR. ATKINS: The glucose, yeah, my blood
11  sugars.
12      DR. SALADINO: And you know it's been running
13  high going back --
14      MR. ATKINS: Well, I mean it was high, like I
15  said, for a while, and then it got down low again when
16  I first did this. It slowly crept back up. The last
17  test was what, 9.3?
18      DR. SALADINO: The one before that was over
19  10 in July of 2004 right before you had your Park
20  Service physical.
21      MR. ATKINS: So -- and now, like I said,
22  we're working getting it back down. That's why I told

### Page 32

1  Sherry I wanted to aggressively work on that to get it
2  back to where it needs to be.
3      DR. SALADINO: You saw her January 25th.
4  When did she want you to come back again?
5      MR. ATKINS: Well, like I said, I just went
6  and did a meter downread just before I came up here.
7      DR. SALADINO: Just now? Three months later?
8      MR. ATKINS: Probably it was like last month.
9  I'm sorry I don't have those records. But, yeah, I
10  just went and did one with her, and she tweaked the
11  numbers.
12      DR. SALADINO: So she saw you in late
13  January, and when did she want you to come back?
14      MR. ATKINS: My next appointment is I think
15  the first of August. But I do go -- what I do is two
16  times a year I go for a full exam, then two times a
17  year I go for just medicals, which is A1Cs.
18  But if anytime I need to, I can go and she'll
19  do a meter downread and tweak my numbers on my pump.
20  And so I actually go into her office four times a
21  year.
22      DR. SALADINO: I didn't see -- she sent a

Page 33

1  nice letter there in late January -- actually, it was
2  dated March 28th looking back to late January. I
3  didn't see where she checked your feet. Did she check
4  your feet in January?
5      MR. ATKINS: Oh, yeah, yeah, she does that.
6      DR. SALADINO: She doesn't tell us about
7  that.
8      MR. ATKINS: No, I've had no problems with
9  that. In fact, I saw a podiatrist -- let's see --
10 about June of 2003 I was visiting my mother and she
11 had to go, so I just asked him to have a look. And
12 there's no problems.
13     DR. SALADINO: What did they do besides look?
14 What does Dr. Martin do for your feet?
15     MR. ATKINS: Well, obviously she checks them
16 and makes sure -- for possible cracking or any nail
17 problems or anything like that.
18     DR. SALADINO: So she looks at them.
19     MR. ATKINS: She looks at them, takes a
20 pulse.
21     DR. SALADINO: Takes a pulse, okay.
22     MR. ATKINS: Makes sure they have circulation

Page 34

1  and, you know, fusses at me if I come walking in in my
2  cowboy boots.
3      DR. SALADINO: Does she take a wire or a
4  brush and run it over your foot or under your foot?
5      MR. ATKINS: She's done that periodically,
6  but that's not something she does all the time.
7      DR. SALADINO: Not recently.
8      MR. ATKINS: No.
9      DR. SALADINO: Did the podiatrist do that?
10     MR. ATKINS: He looked at it and did all
11 that, yeah. He took and tickled the bottom of my foot
12 and everything.
13     DR. SALADINO: What did he tickle it with?
14     MR. ATKINS: It was some sort of wooden stick
15 or something he had. I think it's one of those things
16 they use for their ears but you turn it around; there
17 was no cotton on it or whatever.
18     DR. SALADINO: Not a wire?
19     MR. ATKINS: No, uh-uh. Well, not that I
20 know of. I was talking to him while he was doing it.
21     MS. BUCCELLO: Andy, what was the date you
22 said you had a recent A1C but you didn't bring it with

Page 35

1  you?
2      MR. ATKINS: No, no, no, I went and had a
3  meter downread.
4      MS. BUCCELLO: And what was the date on that?
5      MR. ATKINS: I believe it was right here at
6  the end of March, and --
7      MS. BUCCELLO: And you haven't provided that
8  to us?
9      MR. ATKINS: I neglected -- I just checked
10 through all the stuff that I brought, and I didn't --
11 I don't see where I brought that part. But like I
12 said, I brought everything else, and I thought I had
13 that with me.
14     MS. BUCCELLO: Will you be sure to get that
15 back to Tammy?
16     MR. ATKINS: Yeah. It may be in this stack
17 here. Because like I said, I went in there and asked
18 for a recent meter reading.
19     Let me just look real quick here. Oh, wait a
20 minute. Wait, wait, wait, wait, wait. Yeah, here we
21 go. Here we go. I'm sorry, I do have it.
22     MS. KELLER: Andy, when you say that you go

Page 36

1  in twice to see her and then twice more for blood
2  draws, are you getting blood draws four times a year?
3      MR. ATKINS: Yeah. But what I said was two
4  times a year it's for a full exam, two times a year
5  it's just labs only.
6      MS. KELLER: Right, okay. But labs four
7  times a year.
8      MR. ATKINS: Yeah.
9      And here's all the rest of the stuff you all
10 requested too.
11     MS. BUCCELLO: Just because we don't have
12 copies for the group, I'm going to go ahead and read
13 them the comments, then I'll give it to Dr. Saladino.
14     MR. ATKINS: Sure.
15     MS. BUCCELLO: The comments on your most
16 latest, which was 3-14 to 4-13:
17     "Overall 49 percent of the readings are in
18     the target range with a few hypo- and
19     hyperglycemic incidents. Your overall
20     average is 128. You've had seven episodes
21     of very low blood glucose within the last
22     31 days, and one episode of very high blood

Case: 1:10-cv-00040-SA-JAD Doc #: 4-9 Filed: 04/19/10 10 of 20 PageID #: 162
HEARING OF DAVID ANDY ATKINS
CONDUCTED ON MONDAY, APRIL 25, 2005

10 (Pages 37 to 40)

**Page 37**

1 glucose."
2 We'll get you a copy of that.
3 MR. ATKINS: Thank you.
4 DR. SALADINO: Is there any diabetes in your
5 family? Parents? Aunts? Uncles? Brothers?
6 Sisters?
7 MR. ATKINS: There was none that anybody
8 could remember, and then within 30 days myself and my
9 cousin in Georgia were both diagnosed. And neither
10 one of us met any of the criteria for it. It just all
11 of a sudden happened. I don't know why.
12 DR. SALADINO: Is he older or younger?
13 MR. ATKINS: She's -- let's see, at the time
14 she was 16, and she's about what 15 years younger than
15 me. In fact, her blood sugars really went out the
16 roof, and she had a lot of problems because she
17 literally didn't weigh anything, and they couldn't
18 even give her injections because she didn't have any
19 skin on her bones.
20 MR. BURNETT: She was a cousin on your
21 mother's side or father's side?
22 MR. ATKINS: On my mother's side.

**Page 38**

1 But prior to that, none that my family can
2 remember as far back as we know.
3 DR. SALADINO: She uses insulin too?
4 MR. ATKINS: Yeah, she's on insulin. She was
5 put in insulin immediately.
6 DR. SALADINO: How's she doing now?
7 MR. ATKINS: Oh, she's doing great.
8 DR. SALADINO: But she had a lot of problems
9 initially.
10 MR. ATKINS: Initially, yeah. Mainly because
11 of her size and her body weight. I mean, she was 16
12 years old and weighed like a hundred pounds. She
13 could eat 10 raisins and her blood sugars would just
14 go up to 400. So she had problems. But she's doing
15 great now, under control, just graduated college, got
16 her own job and doing great.
17 DR. SALADINO: Do you know any other
18 diabetics, anyone else who uses insulin?
19 MR. ATKINS: Oh, yes. As a matter of fact, I
20 work with a couple.
21 DR. SALADINO: Friends or relatives?
22 MR. ATKINS: Well, like I said, no relatives

**Page 39**

1 except for my one cousin. But as far as friends, oh,
2 yes. I know quite a few people, several people I work
3 with have been diagnosed. Several people I go to
4 church with.. A good friend of mine who's a lawyer is
5 diabetic, and he's had a couple problems mainly
6 because he's tried to diagnose himself. He one of
7 these people who reads everything and does everything.
8 He's actually had a couple of bad episodes.
9 DR. SALADINO: Do you know that diabetes is
10 the most common cause of blindness in the United
11 States?
12 MR. ATKINS: Um-hm, diabetes is getting hold
13 of a lot of things. It's one of the fastest growing
14 disabilities if not the fastest right now.
15 DR. SALADINO: Most common cause of blindness
16 in the United States.
17 Do you know anybody who's lost a toe or a
18 foot or a leg to diabetes?
19 MR. ATKINS: Not yet.
20 DR. SALADINO: The guy in the church hasn't?
21 MR. ATKINS: No, he's just been diagnosed,
22 oh, gosh, about six years ago.

**Page 40**

1 DR. SALADINO: Because there's a big study
2 called the DCCT, Diabetes Clinical Control Trial, that
3 correlates some of these complications with the
4 hemoglobin A1C. The higher the hemoglobin A1C the
5 more likely you are to wind up with nerve damage in
6 your feet, damage in your eyes.
7 MR. ATKINS: Right.
8 DR. SALADINO: A big correlation, a good
9 study. DCCT. You should ask your doctor about -- you
10 should ask Dr. Martin, "What is DCCT?" Ask her to
11 explain that to you.
12 MR. ATKINS: Well, the podiatrist I went to,
13 he was explaining some of that to me. Because the
14 problems with diabetes and their feet. And he was
15 telling me that if you keep your A1Cs down to
16 approximately 6.4, if you maintain 6.4, which is a
17 perfect range in a perfect world, 80 percent of the
18 diabetic problems with feet could be eliminated.
19 That's his belief.
20 DR. SALADINO: I don't know if it has to be
21 6.4, but every point you drop, every bit you improve
22 your control -- but you've been diabetic for 19 years.

**41**

1  MR. ATKINS: Um-hm.
2  DR. SALADINO: And your retina was pretty
3  good. Retinal exam was pretty good.
4  MR. ATKINS: In fact, I brought a copy of
5  my -- Dr. Mothershed is my optometrist now. My
6  stepfather was before, basically when I was born. But
7  Dr. Mothershed is taking care of me now. He was
8  referred to me by Dr. Martin because he works with
9  diabetics. And I see him once a year for a full exam
10 with x-rays, or with the pictures taken.
11 DR. SALADINO: Were you surprised by these
12 low readings that you had in late January, early to
13 mid February when you were sick? Did that worry you?
14 MR. ATKINS: Well, like I say, when I get
15 sick, my numbers tend to go down anyway if I'm not
16 feeling good, so . . .
17 DR. SALADINO: And you can't manage that?
18 You're not capable of cutting back on your insulin?
19 MR. ATKINS: Yeah.
20 DR. SALADINO: Dr. Martin didn't give you
21 something to get you out of that in a hurry?
22 MR. ATKINS: Well, what you can do is if you

**42**

1  know that -- well, you might not know it, but if you
2  think you're going to be sick for a period of time,
3  you can go through and reprogram your pump to do a
4  alternate bolus where it actually goes in boluses a
5  little bit less, and then when you're done you can
6  reprogram it back out.
7  DR. SALADINO: Right. But you didn't do that
8  in late January, early February?
9  MR. ATKINS: Like I said, I've never had any
10 problems with needing to do that, and I've never
11 experienced it where I needed to use that program in
12 the computer. And like I said, I informed her, and
13 she's like, "Well, just do your testing and see what
14 happens." And when it would get low, like I said,
15 some juice or --
16 DR. SALADINO: How low does -- did she write
17 down how low you should take action?
18 MR. ATKINS: Well, on her scale once you get
19 below 80, that's below the normal range. Then once
20 you get down to 60, that's when you need to start
21 thinking about doing something.
22 But if you notice some of those readings

**43**

1  where I got low was at weird hours too. I think a
2  couple of them were early, early in the morning, which
3  that's another thing. When I have low readings I'll
4  wake up. And I'll go do a test right there in my
5  kitchen and stand there and drink half a coke or
6  whatever. I guess my body just tells me time to get
7  up and do something.
8  DR. SALADINO: So you do feel it when you're
9  42 or 47 or --
10 MR. ATKINS: Well, yeah, you can feel your
11 system. I mean, like I said, you start to get a
12 little shaking, you'll start to maybe just feel -- I
13 don't know how to explain it all together.
14 DR. SALADINO: Did you know that sometimes
15 diabetics lose that feeling after 20 years? They stop
16 feeling the lows until they get like very low?
17 MR. ATKINS: I know that -- such as the
18 friend of mine who's the lawyer, he's under such
19 perfect control with his -- I mean his blood sugars
20 stay at about 110. He does exact same regimen every
21 single day. And he did not realize when he hit a
22 really low low, and, in fact, he's blacked out twice

**44**

1  that I know of where's he's had to be rushed to the
2  hospital.
3  DR. SALADINO: That's what I'm worried about,
4  that maybe you're not feeling these lows. Feeling
5  twitchy; I don't know.
6  MR. ATKINS: Like I said, when I feel that, I
7  have my stuff with me that I take. But I've never had
8  the problem to where I've needed to, you know, use my
9  emergency tablets or use my emergency gluco-gun.
10 Well, your gluco-gun is for if somebody finds you.
11 But, you know, I've had those tablets for years and
12 I've never had any problems.
13 MS. BUCCELLO: Phil, did you have a question?
14 MR. SPOTTSWOOD: When he's finished.
15 DR. SALADINO: Go ahead. I'm going to look
16 at the glucose log.
17 MR. SPOTTSWOOD: I guess for the Board's
18 sake, Andy, I just want to put something in proper
19 context for you. I know you spent a couple of minutes
20 sort of explaining to the Board through yourself and
21 testimonials of other rangers that you've never had
22 any problems relating to your diabetes.

### Page 45

One thing -- one of the reasons that you're here is No. 1 is that the absence of documented real-life situations regarding low blood-sugar levels does not minimize safety risks and certainly doesn't minimize the concerns that the National Park Service has with regards to your ability to perform the full range of law-enforcement duties safely and efficiently.

Right now there's a well-documented record that suggests that there's a pattern of repeated and significant blood sugar fluctuations. And the question is whether or not that is prima facie evidence that your condition is not static and stabilized.

And right now, if you look at our regulations, your condition is not static and stabilized. And you've spent a couple minutes sort of indicating to the Board how you're trying to maintain your blood-sugar levels, but you don't go into any explanation as to why you're having these continued problems.

An insulin pump is designed to optimize or

### Page 46

maximize your ability to maintain good control. Despite the use of an insulin pump, you're still having problems.

So the question is, have you adequately modified your lifestyle to meet the demands of this particular condition? I don't know.

So instead of concentrating on what you're doing to bring your diabetes under control, has your doctor ever given you an explanation as to why, despite medical intervention, despite the use of an insulin pump, despite dietary restrictions, despite advice to get into shape, you're still having difficulty maintaining blood-sugar levels in a good control level? Can you answer some of those questions? Why?

MR. ATKINS: Dr. Martin and I, as I stated, when I go to see her, we have discussions on what I need to be doing and what exactly is going on, and if there's any new type of work that I can do.

You know, with regards to the pump, like I said, if you look every time I go to see her, we move numbers. I know it's a problem sometimes because of

### Page 47

shift work that we do or stuff that we might have done that our numbers will be off a little bit.

With me, I know that my A1Cs were up, and I told her I needed to get my A1Cs down. And she knows that, and she fussed at me about it. I said, "I know it went up and I need to get it back down again."

So with the numbers that she's giving me, it may be that she is working through the pump to get my numbers, A1Cs back down to the 7-point range. Then once I've gotten back down there to where I should be, she'll back off again.

She has made a check on my readings, my meter readings, and seeing where, okay, mid morning is where my problem is right now. So that's why we need to increase the bolusing on the pump right then.

DR. SALADINO: Or decrease the bolusing.

MR. ATKINS: Or excuse me, decreasing it, or, you know, whatever we need to work on. And yes, she's explained to me, "Okay, yeah, you need to work this." As I stated, we'll talk about the podiatrist with problems like that, with your feet, with your eye, you know, with basic health all the way around.

### Page 48

Is that what you mean or --

MR. SPOTTSWOOD: I was just trying to perhaps get a better understanding from you as to why your physician thought that in light of all the things that your doctor is trying to do with you, coupled with an insulin pump, you know, that you're still having these significant fluctuations, and fluctuations you know that, quite candidly, is giving the National Park Service some serious concern.

And I think -- and I don't know if you've achieved that optimum level of control at this point, and I guess that's what the Board is trying to come to grips with.

MR. ATKINS: I don't know if you can. I mean, the optimum control would be, such as I stated with the friend who's a lawyer. He does a job, he goes to work every day at the same time, eats the exact same meals every single day at the exact same times. And he has A1Cs at 6.0, 5.8 whatever. And that's someone who -- his regime that he does for himself, he can keep his sugars right then.

Being with me, if I go in at 6:00 a.m., I'll

49

have breakfast at 5:00 a.m. If I go in at 1:30 in the afternoon, I may not have breakfast until 9 o'clock.

MR. SPOTTSWOOD: So you're attributing some of your difficulties to the shift work.

MR. ATKINS: Well, I don't want to contribute (sic) --

MR. SPOTTSWOOD: Protracted hours? Irregular hours?

MR. ATKINS: Well, I don't want to contribute it or make an excuse about it. I'm just stating that if my numbers look off for a period of time with, okay, these mornings all your numbers are real low. Well, why is that? Well, that's because I was eating dinner at 4:30 in the afternoon because I'd eaten breakfast real early the day before.

Or if you go through and you look at it and say, okay, how come your bedtime readings are all 200, well, I didn't eat dinner until 9 o'clock because I went in on duty at 1:30. That's not an excuse, it just may simply be that's the way it's happening with me and the way my body reacts to it.

And also, unfortunately doing what a lot of

50

law-enforcement people do is our diet's not exactly the greatest thing in the world, because if you're on patrol and you're the only one working, you can't exactly go someplace and have a decent meal. So you run through a fast-food place.

Or if you're working on something, you may go through someplace and try to get something that's halfway decent. Part of my problem with that is I'm allergic to poultry, so I can't eat chicken. I can't go grab a light chicken sandwich or something.

But that's not to make an excuse. I'm just stating that may be why some of that -- doing that way. So with Dr. Martin and her regimen, she's trying to work with me and educating me on how to do what I need to do along with programming the computer, telling it how to help me out the best.

But, you know, as I stated, I haven't had any problems yet.

DR. SALADINO: So you don't bring food with you to work.

MR. ATKINS: I keep my kit with my snacks and stuff. Like with my lunches, I'll have my lunch with

51

me. I'll pack a sandwich or something like that. I don't do many fruits because my triglycerides were high for a while. I'm on medication for that. But A lot of times we are able to go out to get lunch or something like that. Sometimes we're not. It all depends.

DR. SALADINO: So you do bring your lunch with you?

MR. ATKINS: I'll bring it sometimes if I know I'm going to be the only one working.

DR. SALADINO: Not regularly though. You're more likely to rely on what you can find when you can find it?

MR. ATKINS: Well, being that my office and my home is right there in town, literally my office is within almost walking distance of numerous decent restaurants, I'll do that a lot of times.

But if I know I'm going to be the only one working and it's going to be a Saturday where I may not have time to run in to town to get something, I'll throw together a sandwich and something in my cooler and put it in the car or do whatever. It just

52

depends.

DR. SALADINO: How many rangers work at your park?

MR. ATKINS: Work at the park?

DR. SALADINO: Yeah. How many per shift?

MR. ATKINS: Well, there's 30 rangers that work the Natchez Trace Parkway. We cover 444 miles. There's six rangers work in my district, but right now there's only two of them on duty because we have two vacancies and of course I'm on light duty, so . . .

DR. SALADINO: So when you're at work on full duty, how many people do you talk on the radio to, or how many people are out there if something happens? Who's your backup?

MR. ATKINS: Oh. As far as backup goes -- I know that was one of the things in my last waiver. The five counties that we work in, I'd be willing to bet that 75 to 80 percent of the time that we get an emergency call such as a wreck or something like that happening, we will have to move them out of our way to get to it, even if I'm in town or even if it's in the county I'm working in.

Case: 1:10-cv-00040-SA-JAD Doc #: 4-9 Filed: 04/19/10 14 of 20 PageID #: 166
HEARING OF DAVID ANDY ATKINS
CONDUCTED ON MONDAY, APRIL 25, 2005

14 (Pages 53 to 56)

**Page 53**

As far as EMS goes, you can't sling a rock in Mississippi without hitting somebody with a little red light in their truck. So we got EMS everywhere.

As far as working in some of the counties that are outside the main lead county where I work, the counties there I've had no problems at all getting assistance. In fact, A lot of times we'll call them up and say, "Okay, there's a disabled car on the side of the road 30 miles away," they'll be there before I will just to check to make sure there's nobody there that needs help or something.

Q How many other park rangers?

A As far as rangers go, sometimes there will be three others on, sometimes you'll be the only one. We do shift work from 6:00 a.m. to 10:00 p.m. on weekdays and 6:00 a.m. to midnight on weekends.

So it depends. Sometimes you can be working -- and sometimes we ride together and a lot of times we're in cars by ourselves. It never is the same.

DR. SALADINO: This is page 1 of your blood glucose log from March 14th to April 13th. So that's

**Page 54**

from -- your meter prints that out for you, right?

MR. ATKINS: Right, well --

DR. SALADINO: You plug your meter into the computer.

MR. ATKINS: I give it to them and they take it to the back of the office. I don't -- Dr. Martin does it.

DR. SALADINO: Dr. Martin's office prints this out for you?

MR. ATKINS: Yeah.

DR. SALADINO: So between March 14th and April 13th, there were seven episodes where your blood sugar was below 50 in that just about one-month period, seven times.

And I'm looking at the mid morning where you mentioned that's particularly difficult for you. The mid morning varies from 40 to 232. I'll just read some of them: 132, 105, 232, 142, 84, 204, 40, 124, 97, 77. That's a lot of variability in a short span of time.

When you work late, do you bring dinner with you? Do you bring food to eat from home or --

**Page 55**

MR. ATKINS: I'll do, but then also if it's a weekday, I'll more likely go home for dinner. I mean, like I said, I live almost in sight of the park.

DR. SALADINO: Who cooks? You cook or your wife cooks?

MR. ATKINS: It just depends. Most of the time she can do the microwave stuff, I can do the actual meals. But usually when I go home I'll do a Lean Cuisine or something like that.

DR. SALADINO: You gained about 20 pounds between your exam in 2001 and your exam in the summer of 2004. Did you realize that?

MR. ATKINS: No, and in fact Dr. Martin told me, she said she would have bet money that I would have done that. She said when somebody is on the pump and they're trying to tweak it, their weight is going to go up. And she sees it all the time when someone that's first on the pump and they're getting their blood sugars back around, that they gain an average of about 15 pounds.

And I've asked her about, you know, "What can I do to lose weight," and she says, okay, well, one

**Page 56**

thing is the aerobic stuff. That's fine with her. There's no limitation on that. The only limitation she has on me is the weight lifting. And I've asked her about, you know, supplements and things like that. And unfortunately if you look at a lot of your supplements and stuff, they have high cholesterols.

DR. SALADINO: So you're not on any more -- no more pills for the diabetes. Some people use insulin and pills.

MR. ATKINS: Oh, no, no, no, no, no.

DR. SALADINO: But you're on pills for the triglycerides.

MR. ATKINS: Yes. Actually there's two. One is Diovan and one is Tricor and I have no idea --

DR. SALADINO: Diovan probably for your blood pressure and your kidney protection --

MR. ATKINS: Well, the kidneys, yeah.

DR. SALADINO: -- and Tricor for your triglycerides.

MR. ATKINS: Yeah.

MS. BUCCELLO: Andy, are there any accommodations to your job that you think the agency

### Page 57

1 could work with you on that would help you bring your
2 medical condition under control? You've mentioned
3 shift work, you know, your eating habits, et cetera.
4 But are there some accommodations the agency should
5 consider?
6     MR. ATKINS: Not -- I didn't come prepared to
7 think about something like that. I don't know,
8 because I don't know exactly what could be done. I
9 mean, I guess that could be something that could be
10 worked out with my supervisor and whatever else can be
11 done with him working for the chief's office through
12 your office if that's something that needs to be done
13 that way, or if it's just something that my supervisor
14 just needs to have me do. What do you mean, like
15 working 8:00 to 4:30 every day, something like that?
16     MS. BUCCELLO: Well, I'm asking you if you
17 have a recommendation of something that would make
18 your illness, your condition, more readily controlled.
19     You mentioned diet and how sometimes it's
20 difficult for you to get a healthy meal. A couple
21 times you've said something about shift work, but then
22 you said, "Well, that's not an excuse." So I just

### Page 58

1 want to be sure that I'm hearing you right that you're
2 not asking the agency for an accommodation.
3     MR. ATKINS: Well, like I said, you can say
4 stuff like it's shift work or it's working in the
5 summertime in the heat or working in the wintertime in
6 the cold weather, something like that, or stating that
7 it's working 8:00 to 4:30 which you're not working at
8 night when all the quote, unquote, bad stuff is out
9 and dealing with stuff like that, or you're not
10 working the call-outs late at night 2:00, 3 o'clock in
11 the morning, stuff like that.
12     I don't know if that is something that needs
13 to be addressed, because I don't know if that would be
14 part of the control. Right now the best thing, as I
15 stated, working with Sherry and just continue to do
16 what she's telling me to do and trying to it worked
17 out better.
18     Like I stated, I think right now she's trying
19 to help me get my A1Cs back down to where they need to
20 be. Yes, they did get up high, but now the last two
21 tests they've starting to come back down. Last time I
22 worked really hard and got it down to 7.3 and I was

### Page 59

1 working with her that way.
2     So I think working with her office, working
3 with her office, and as I stated, do something with an
4 exercise program set up by the park or whatever that
5 is approved through either y'all or through the park
6 and then through her, maybe something like that, I
7 don't know. Whatever needs to be done.
8     MR. SPOTTSWOOD: Andy, how long have you been
9 on the pump?
10     MR. ATKINS: I started 2000 I believe it is.
11     DR. SALADINO: 2001.
12     MR. ATKINS: 2001?
13     MR. SPOTTSWOOD: And I think the term you
14 used, "tweaking," so you're still tweaking that pump
15 to get the right levels? Is that --
16     MR. ATKINS: Oh, yeah. Well, like I stated
17 in the records -- let me see if I can show you one.
18 This is just a copy, and the last numbers there at the
19 very bottom show you the military time midnight to
20 4:00 a.m., 4:00 a.m. to whatever, that's Sherry
21 Martin's numbers that I am to program into the
22 computer. And so each time I go to her office and she

### Page 60

1 looks at my numbers, she'll say, okay, and she'll call
2 me up and leave a message. "Let's move these
3 numbers," let's increase or decrease where it needs to
4 be done.
5     MR. SPOTTSWOOD: I mean, I hope you really
6 appreciate the park's concerns. And again, I'm not a
7 Park Service employee. I'm just part of their
8 Advisory Committee.
9     One of the concerns is that you've got to be
10 able to react and respond appropriately in
11 time-sensitive situations, and it requires the ability
12 to use good judgment.
13     Even though you've got rescue meds, always
14 remember that there is a lag time between the time you
15 take a particular rescue medication and the time for
16 that to act on your system.
17     So in essence, if there was a critical
18 situation that required your involvement and you had
19 low blood-sugar and you took a candy bar, it really
20 wouldn't be of any value. You'd pretty much be
21 incapacitated if there was a significant issue.
22     And I guess what the Board is struggling with

**Page 61**

1 is trying to get a medical explanation as to why,
2 despite all these efforts, you still have these
3 significant fluctuations in the precipitous range.
4 And I guess that's what we're struggling with right
5 now.
6     MR. ATKINS: Yeah, and I know, and it's stuff
7 that I'm dealing with, it's stuff that I'm dealing
8 with with my doctor. And she'll fuss at me too when I
9 go in and she does a reading and there's a number of
10 300. She'll say, "Why?"
11     MR. SPOTTSWOOD: Why is she fussing at you?
12 What is she fussing at you about?
13     MR. ATKINS: That is, "Why did you have a 300
14 today?"
15     MR. SPOTTSWOOD: And what do you say to her?
16     MR. ATKINS: It may be a situation to where,
17 you know, I've been riding around and, you know, I'll
18 eat something that -- I'll eat a pack of crackers
19 thinking my sugar is low. So I'll just go ahead and
20 eat a pack of crackers. Okay, fine. My blood sugar
21 -- and I'll feel fine again. I won't even test. I'll
22 just say, "Okay, I feel my body not working right" so

**Page 62**

1 I'll do something like that.
2     Well, hour and a half later when it's time
3 for my dinner meal or it's time for my lunch meal,
4 I'll do my test and it's 300. And I'll say, "What is
5 that?" Then I'll think back. Well, dummy, you just
6 ate a pack of crackers hour and a half ago.
7     MR. SPOTTSWOOD: So she's probably in some
8 ways suggesting that you're not doing all you can to
9 maximize your efforts to maintain good control. I
10 mean, is that fair to say that?
11     MR. ATKINS: Well, it's an education. It's
12 an ongoing process that I have to do. I mean, like I
13 said, I've been diabetic now since 1987, and it's
14 something that is constantly changing.
15     MR. SPOTTSWOOD: But it can't be a lifetime
16 education. There has to be some point in time when
17 those low blood-sugar levels become fewer and fewer.
18 Right now if you were to say seven out of four weeks,
19 that's 25 percent of every month that you've got these
20 low blood-sugar levels. And that's not insignificant.
21     So anyway. And that's what the Board is
22 struggling with, trying to get a handle on the whys.

**Page 63**

1 Is it an issue of patient compliance, perhaps you're
2 not doing all you can possibly do to modify your
3 lifestyle in order to meet a medical condition for
4 which there is no cure?
5     The best you can hope to achieve is good
6 control, good control to minimize the short-term
7 complications and slow down the hastening of those
8 long-term complications that invariably unfortunately
9 will catch up to you.
10     And the unfortunate part about not
11 maintaining good control is that there is a hastening
12 of those long-term complications, and I'm sure your
13 doctor will agree with that. So that's why I'm
14 raising these issues with you.
15     MR. ATKINS: Well, like I said, I'm trying to
16 do what they're telling me to do. I know that
17 sometimes I don't do exactly what -- I do what I'm
18 supposed to do, but sometimes I'll do it at the wrong
19 time, or sometimes I'll do what I'm not supposed to
20 do. Sometimes, you know, it just doesn't work out,
21 but --
22     MR. SPOTTSWOOD: You're light duty.

**Page 64**

1     MR. ATKINS: Um-hm.
2     MR. SPOTTSWOOD: You haven't been doing any
3 shift work.
4     MR. ATKINS: I haven't been doing anything.
5     DR. SALADINO: When did you go on light duty?
6     MR. ATKINS: 3 weeks ago or so, something
7 like that.
8     MR. SPOTTSWOOD: How has your blood-sugar
9 level been during that period of light duty?
10     MR. ATKINS: It's been --
11     MS. BUCCELLO: 321 going on light duty, so
12 it's included that log that we have from 4-14.
13     MR. ATKINS: They've been good. That's the
14 ready that I just went and had. Like I said, I've
15 been on light duty for that period of time and so I
16 went and got a meter reading which shows that the
17 majority of my blood sugars are in the good range.
18 Yes, there's some bad ones and yes, there's some good
19 ones.
20     And I've also attempted to increase my
21 exercising too, which is also -- your blood sugars
22 will fluctuate on those also.

65

I'm trying to get my A1Cs down, so I'm consciously cutting out your long-term carbs, your starchy carbs and stuff like that.

So my blood sugars right now, they're running on the medium to little bit of low side, but I'm trying to get my A1Cs back down to where they need to be, and I'm trying to not have super high readings or, you know, not doing something that would cause that.

Like I said, I've been on light duty. I've been mainly sitting in the office doing dispatch work and working on a patrol car. So I haven't been doing any shift work, any night work, anything like that. So we'll see how the numbers are there. But that's why I went and got that meter reading, for that part of it.

MS. BUCCELLO: Thanks, Andy.

MR. BURNETT: You said you were red-carded. When was the last date of your red card?

MR. ATKINS: Last time I was a red-carded fire fighter?

MR. BURNETT: Yeah.

MR. ATKINS: When I was up here the last

66

time. '92.

MS. BUCCELLO: 2002.

MR. BURNETT: 2002?

MR. ATKINS: Excuse me.

MR. BURNETT: Do you remember what your time was for your pack test?

MR. ATKINS: Oh, good grief.

MS. BUCCELLO: We have his most recent PEB results.

MR. BURNETT: What I'm trying to do is equate being able to do the pack test, which is a fairly strenuous test. It's fast walking with a 40-pound pack --

MR. ATKINS: They don't want me to do that right now either.

MR. BURNETT: -- Versus trying to build up to three miles on the treadmill without a pack, which seems to me should be fairly easy. So if you were able to past the pack test -- granted that's been three years now, hasn't it -- versus the treadmill. And I'm trying to see that in my mind.

MR. ATKINS: Part of that is it's been three

67

years and, as the doctor stated, 20 pounds ago. So I'm trying to get it back down. But last time I was here when I could do full duty, I believe it was 44. I've never been a fast walker like that.

DR. SALADINO: Have you ever had a treadmill stress test --

MR. ATKINS: No.

DR. SALADINO: -- where you go to the cardiologist'S or doctor's office and they monitor your heart while you're exercising?

MR. ATKINS: I've never done that.

DR. SALADINO: So Dr. Martin never brought that up? Because you're a man over 40. Male over 40, diabetes. Stress test has never been done?

MR. ATKINS: No.

DR. SALADINO: Do you have a primary care doctor too?

MR. ATKINS: Um-hm. That's the one I just went to for my bronchitis, Dr. Walton. And he's never diagnosed that either, I mean, he's never prescribed that. Don't they do that with medication now instead of treadmills? I thought they give you medication.

68

DR. SALADINO: Only if you can't exercise. Only if you've got like a bad leg or if you just can't exercise at all, or if you have a -- sometimes if your EKG is abnormal they'll give you chemicals and take pictures.

MR. ATKINS: Yeah. I've never had that. I've taken my physicals, and they've never requested it or prescribed it, so I've never done that.

MS. KELLER: Andy, I would like to make copies of what you brought.

MR. ATKINS: These are your copies.

MS. KELLER: They are? Thank you.

MR. ATKINS: As I stated, it's got all of Dr. Martin's stuff that you requested.

MS. KELLER: Thank you.

MR. ATKINS: And the last couple things in there are some letters and my PEB stuff. And he's got a couple of the pages.

MS. BUCCELLO: Thanks for coming, Andy. I know it was not something you looked forward to, coming back here.

MR. ATKINS: Well, I just wanted to come up

69

1  and tell my side of the story. Sorry I got lost. I
2  misunderstood what building I needed to be in.
3       MS. ROWE: Any other questions for Andy? I
4  can escort him out.
5       MR. DAVIES: You want to go off the record?
6       MS. BUCCELLO: Yeah, we can go off the
7  record.
8       (The hearing was concluded at 11:00 a.m.)

70

1  CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Denice Zelma Lombard, Certified Shorthand
3  Reporter and Registered Professional Reporter, the
4  officer before whom the foregoing proceedings were
5  taken, do hereby certify that the foregoing transcript
6  is a true and correct record of the proceedings; that
7  said proceedings were taken by me stenographically and
8  thereafter reduced to typewriting under my
9  supervision; and that I am neither counsel for,
10 related to, nor employed by any of the parties to this
11 case and have no interest, financial or otherwise, in
12 its outcome.
13      IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my notarial seal this 5th day of May
15 2005.
16 My commission expires April 30, 2008.
17
18
19 _____
20 NOTARY PUBLIC IN AND FOR
21 THE DISTRICT OF COLUMBIA
22

000863

HEARING OF DAVID ANDY ATKINS
CONDUCTED ON MONDAY, APRIL 25, 2005

70

1 CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2 I, Denice Zelma Lombard, Certified Shorthand

3 Reporter and Registered Professional Reporter, the

4 officer before whom the foregoing proceedings were

5 taken, do hereby certify that the foregoing transcript

6 is a true and correct record of the proceedings; that

7 said proceedings were taken by me stenographically and

8 thereafter reduced to typewriting under my

9 supervision; and that I am neither counsel for,

10 related to, nor employed by any of the parties to this

11 case and have no interest, financial or otherwise, in

12 its outcome.

13 IN WITNESS WHEREOF, I have hereunto set my

14 hand and affixed my notarial seal this 5th day of May

15 2005.

16 My commission expires April 30, 2008.

17

18 *Denice Z. Lombard*

19 _____

20 NOTARY PUBLIC IN AND FOR

21 THE DISTRICT OF COLUMBIA

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202) 861-3410 (800) 292-4789 (301) 762-8282 (703) 288-0026 (410) 539-3664

000870

Case: 1:10-cv-00040-SA-JAD Doc #: 4-9 Filed: 04/19/10 20 of 20 PageID #: 172
HEARING OF DAVID ANDY ATKINS
CONDUCTED ON MONDAY, APRIL 25, 2005

71

**A**
ability 45:6 46:1 60:11
able 51:4 60:10 66:11,19
abnormal 68:4
about 10:13 15:1 17:6 21:1,3,15 21:16 22:4,9 30:16 33:6,10 37:14 39:22 40:9 42:21 43:20 44:3 47:5 47:20 49:10 54:13 55:10,20 55:21 56:4 57:7 57:21 61:12 63:10
above 20:13
absence 45:2
accommodation 58:2
accommodations 56:22 57:4
according 25:1
achieve 63:5
achieved 48:11
act 27:2 60:16
acting 4:4 5:14
action 42:17
actual 10:1 55:8
actually 19:14 25:21 32:20 33:1 39:8 42:4 56:13
addressed 58:13
adequately 46:4
adjusted 24:8
adjustments 23:20 26:2
adjusts 24:14
administrator 3:14 6:4
advice 46:12
advised 16:22
Advisors 4:3
Advisory 60:8
aerobic 56:1

affixed 70:14
after 17:15 18:13 24:22 25:3 43:15
afternoon 49:2,14
again 7:19 12:8 13:11 31:15 32:4 47:6,11 60:6 61:21
agency 56:22 57:4 58:2
Agent-in-Charge 3:10
aggressively 32:1
agility 18:16
ago 8:13 12:15 39:22 62:6 64:6 67:1
agree 63:13
ahead 27:12 36:12 44:15 61:19
Alert 9:22
allergic 50:9
allow 9:18
allows 20:6
almost 22:6 27:1 51:16 55:3
along 20:5 50:15
already 6:8
alternate 42:4
always 60:13
amend 13:9
amount 18:20
Analyst 4:12
Andy 1:5 3:3 5:5 5:11 6:16 13:14 14:7 17:6 20:8 34:21 35:22 44:18 56:21 59:8 65:16 68:9 68:19 69:3
another 25:11,13 43:3
answer 46:14
anybody 13:6,7 37:7 39:17
anyone 38:18

anything 11:12 13:5 33:17 37:17 64:4 65:12
anytime 11:8 32:18
anyway 8:10 29:8 30:12 41:15 62:21
anywhere 11:11
apologize 8:6
appeal 5:5
APPEAL/WAI... 1:10
appointment 23:18 32:14
appreciate 60:6
appropriately 60:10
approval 14:1
approved 15:6 16:6 19:21 59:5
approximately 30:17 40:16
April 1:13 53:22 54:12 70:16
arduous 14:11
area 11:5
armorer's 11:20
around 5:9 18:3 34:16 47:22 55:19 61:17
arrival 7:8
asked 21:1 33:11 35:17 55:21 56:3
asking 57:16 58:2
assignments 14:12
assist 9:15
assistance 53:7
ate 62:6
Atkins 1:5 3:3 5:5 5:13 6:13,17,20 7:18 8:2,5 12:4 13:15 14:13,17 14:20 15:10,13 15:18 16:9,13

16:17,21 17:12 17:17 18:8 19:8 19:12 20:4,10 21:10,13,19 22:8,13,17,22 23:15,22 24:4 24:10,12 25:8 25:17,20 26:5 26:11,18,21 27:8,12 28:3,6 28:10,18,22 29:6,12,18 30:6 30:8,11,14,16 30:20 31:6,10 31:14,21 32:5,8 32:14 33:5,8,15 33:19,22 34:5,8 34:10,14,19 35:2,5,9,16 36:3 36:8,14 37:3,7 37:13,22 38:4,7 38:10,19,22 39:12,19,21 40:7,12 41:1,4 41:14,19,22 42:9,18 43:10 43:17 44:6 46:16 47:17 48:14 49:5,9 50:21 51:9,14 52:4,6,15 54:2,5 54:10 55:1,6,13 56:10,13,17,20 57:6 58:3 59:10 59:12,16 61:6 61:13,16 62:11 63:15 64:1,4,6 64:10,13 65:19 65:22 66:4,7,14 66:22 67:7,11 67:15,18 68:6 68:11,13,16,22
attempted 64:20
attributing 49:3
August 32:15
Aunts 37:5
average 31:7 36:20 55:19

away 30:10 53:9
a.m 1:14 25:2,3,6 48:22 49:1 53:15,16 59:20 59:20 69:8
A1C 31:4 34:22 40:4,4
A1Cs 32:17 40:15 47:3,4,9 48:19 58:19 65:1,6

**B**
back 6:9 9:14 17:15 20:22 23:12 31:13,16 31:22 32:2,4,13 33:2 35:15 38:2 41:18 42:6 47:6 47:9,10,11 54:6 55:19 58:19,21 62:5 65:6 67:2 68:21
backup 52:14,15
bad 27:6 29:5 39:8 58:8 64:18 68:2
bar 60:19
bars 28:7
basic 47:22
basically 6:14,20 8:13 13:12 22:10 29:21 31:6 41:6
bathroom 21:11
became 8:20
become 62:17
bed 8:7 21:4 22:11
bedtime 49:17
before 2:11 8:12 17:8 26:3 31:18 31:19 32:6 41:6 49:15 53:9 70:4
behalf 12:19
being 9:19 18:11 27:2 48:22 51:14 66:11
belief 40:19

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
000871