
IN REPLY REFER TO:

# United States Department of the Interior

NATIONAL PARK SERVICE
Southeast Regional Office
Atlanta Federal Center
1924 Building
100 Alabama St., S.W.
Atlanta, Georgia 30303



W34(SER-OR)

SEP 0 6 2005

Memorandum

To: David Atkins, Park Ranger, Natchez Trace Parkway

From: Regional Director, Southeast Region

Subject: Revocation of Law Enforcement Commission

After careful consideration of findings and recommendations contained in the Medical Board of Review Determination, dated August 12, 2005, and a comprehensive assessment of the findings by the Regional Law Enforcement Specialist, it is my decision to revoke your law enforcement commission. The decision is primarily based upon your diabetic condition which is not static and stable as outlined in 5 CFR 339, Medical Qualification Determinations.

If you disagree with this decision, you may file an appeal within 30 days of receipt of this memorandum with the Director, National Park Service, at 1849 C Street, NW, Room 3113, Washington, D.C. 20240-0001.

If you have any questions about this action, you should contact your immediate supervisor.



U00534

EXHIBIT "10"