

# United States Department of the Interior

NATIONAL PARK SERVICE
Natchez Trace Parkway
2680 Natchez Trace Parkway
Tupelo, Mississippi 38804



IN REPLY REFER TO:

P1815 (NATR)

**MAR 20 2006**

Memorandum

To:      Park Ranger David Atkins

From:      Superintendent

Subject:      Confirmation of Position Offer and Details
of March 20, 2006 Meeting

This memorandum will confirm the essential details of the meeting on March 20, 2006, attended by yourself, Superintendent Wendell Simpson, Chief Ranger Charles Cuvelier, and Administrative Officer Danny Sims.

During this meeting we confirmed and briefly discussed the memorandum from the Washington Office permanently revoking your law enforcement commission.

DO/RM- 57 provides several alternatives for dealing with such situations but chief among these is to offer other suitable employment. Therefore, the Superintendent made you an offer of a Staff Ranger position at the GS- 9 level. While this would not be a 6(c) covered position, it would afford you an opportunity to continue your employment with the Service as well as preserve your related benefits.

You voiced a concern over accepting such a position if it would bring an end to your EEO complaint against the agency. The Superintendent assured you that our offer of reassignment to a Staff Ranger position included no such provisional condition.

The Administrative Officer and Chief Ranger both confirmed that, from our view, you have three alternatives which would be accepting reassignment to another position, pursing a disability retirement which is determined by the Office of Personnel Management, or not choosing an alternative which would place the agency on a course toward termination. While it is our opinion that continuing your employment is the best alternative, you are free to and should choose the alternative that you feel affords you the greatest benefit.

U00415



EXHIBIT "11"

You then indicated that you would accept the Staff Ranger position but planned to continue to pursue your complaint(s) against the agency. The Superintendent acknowledged your freedom to do so but, meanwhile, it was necessary to deal with the situation at hand, the permanent revocation of your commission.

The Administrative Officer and Chief Ranger explained that it would take some time to finalize a Staff Ranger position and complete the actual reassignment. During this period, you would remain in your current position.

We believe that the above captures the essence of the meeting. If you agree, please sign in the space below on both copies, keeping one for yourself and returning the other to the Administrative Officer.


Wendell A. Simpson


I agree.

_____     3/20/00
              Signature                              Date