IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID A. ATKINS                                                                                    PLAINTIFF

V.                                                                         CAUSE NO.: 1:10CV40-SA-JAD

KEN SALAZAR, SECRETARY,
DEPARTMENT OF THE INTERIOR                                                          DEFENDANT

ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  Plaintiff's Motion for Leave to file a Sur-Reply [17] is GRANTED IN PART;

(1)  the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment [4] is GRANTED;

(2)  the Plaintiff's claims are dismissed; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 5th day of October, 2010.

                                                         /s/ Sharion Aycock
                                                         **U.S. DISTRICT JUDGE**